UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X  Chapter 13
In re:

James C. Nabors II,                    16-37171

                                                    AMENDED NOTICE OF MOTION

                Debtor(s).

----------------------------------X

SIRS:

    PLEASE TAKE NOTICE that upon the annexed affirmation of Michael H. Schwartz a motion pursuant to Bankruptcy Code Section 330(a) and 2016(b) will be made as follows:

| | |
|---|---|
| JUDGE: | Hon. Chief Judge Cecelia G. Morris |
| RETURN DATE AND TIME: | October 9, 2018 at 9:15 AM |
| COURTHOUSE: | 355 Main Street<br>Poughkeepsie, NY 12601 |
| RELIEF REQUESTED: | Awarding Final compensation to Michael H. Schwartz, P.C., attorney for the Debtor in the sum of $22,662.50 as and for legal fees earned in successful loss mitigation plus $250.00 in expenses. |

Dated: White Plains, New York
       July 26, 2018

                                                       /s/ Michael H. Schwartz
                                                       Michael H. Schwartz
                                                       Michael H. Schwartz, P.C.
                                                       Attorney for the debtor
                                                       One Barker Avenue
                                                       White Plains, NY 10601
                                                       (914) 997-0071